UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:   2:14–cv–08197–MMM–SH                                Date:   4/16/2015
Title:   IOU INTERNATIONAL, INC. V. MILKYWAY JEANS, INC. ET AL

Present: The Honorable   Margaret M. Morrow  , U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

      Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:
            None Appearing                        None Appearing

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

    On 0401/2015, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 04/13/2015.

    The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk: ah